UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME BROWN, JR.,

                        Plaintiff,

    v.

MEGAN J. BRENNAN, et al.,

                       Defendants.

CASE NO. C19-1331-JLR

ORDER DENYING IN FORMA
PAUPERIS REQUEST

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's IFP application is DENIED;

(3)    This case DISMISSED without prejudice; and

(4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 13th day of September, 2019.

JAMES L. ROBART
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1